```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Counsel Designated for Service
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Seeking Appointment as Attorney for Defendant
 6  ROLANDO MEDINA
```



**FILED**

APR 10 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 03-549 EJG |
|---|---|
| Plaintiff, | ) **REQUEST FOR APPOINTMENT OF COUNSEL; [lodged] ORDER** |
| v. | ) |
| ROLANDO MEDINA, | ) **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | ) Date: Friday, May 23, 2008<br>) Time: 10:00 a.m.<br>) Judge: Hon. EDWARD J. GARCIA. |

Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, ROLANDO MEDINA, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed January 14, 2008. Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues surrounding application of the United States Sentencing Commission's

---

[*] Mr. Medina has authorized the undersigned to file this application on his behalf.

1  recent retroactive reduction of sentences under the crack cocaine
2  guidelines. Because Mr. Medina's substantial rights may be affected by
3  these criminal proceedings, he is constitutionally entitled to
4  appointment of counsel. *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).
5  Accordingly, Mr. Medina requests the Court issue the order lodged
6  herewith.
7  Dated: April 7, 2008
8  Respectfully submitted,
9  DANIEL J. BRODERICK
   Federal Defender
10
11  /s/ David M. Porter
    DAVID M. PORTER
12  Assistant Federal Defender
13  Seeking Appointment as Attorney for Movant
    ROLANDO MEDINA
14
15
   **O R D E R**
16
   Pursuant to defendant's request, and good cause appearing
17
   therefor, the Office of the Federal Defender and Assistant Federal
18
   David M. Porter is hereby appointed to represent defendant with respect
19
   to his motion to reduce sentence.
20
   DATED: April 7, 2008
21
                                              HONORABLE EDWARD J. GARCIA
22                                            United States District Judge

REQUEST FOR APPOINTMENT OF COUNSEL
-2-