1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Counsel Designated for Service
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROLANDO MEDINA

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. Cr. S 03-549 EJG
                                   )
12              Plaintiff,         )  **STIPULATION TO REDUCE SENTENCE**
                                   )  **PURSUANT TO 18 U.S.C. § 3582(c)(2)**
13       v.                        )
                                   )  **RETROACTIVE CRACK COCAINE**
14  ROLANDO MEDINA,                )  **REDUCTION CASE**
                                   )
15              Defendant.         )  Date:  Friday, May 23, 2008
                                   )  Time:  10:00 a.m.
16  _____)  Judge: Hon. EDWARD J. GARCIA.

17       Defendant, ROLANDO MEDINA, by and through his attorney, Assistant

18  Federal Defender David M. Porter, and plaintiff, UNITED STATES OF

19  AMERICA, by and through its counsel, Assistant U.S. Attorney RICHARD J.

20  BENDER, hereby stipulate as follows:

21       1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the

22  term of imprisonment in the case of a defendant who has been sentenced

23  to a term of imprisonment based on a sentencing range that has

24  subsequently been lowered by the Sentencing Commission pursuant to 28

25  U.S.C. § 994(o);

26       2.   On April 8, 2005, this Court sentenced Mr. Medina to a term

27  of imprisonment of 151 months;

28       3.   The sentencing range applicable to Mr. Medina was

subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

4.    Mr. Medina's adjusted offense level has been reduced from 34 to 32, and a sentence at the low end of the new guideline range is 121 months;

5.    Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Medina's term of imprisonment to an aggregate term of 121 months on all counts.

Dated:  May 5, 2008

Respectfully submitted,

McGREGOR SCOTT                        DANIEL J. BRODERICK
United States Attorney                Federal Defender


/s/ Richard J. Bender                 /s/ David M. Porter
_____
RICHARD J. BENDER                     DAVID M. PORTER
Assistant U.S. Attorney               Assistant Federal Defender

Attorney for Plaintiff                Attorney for Movant
UNITED STATES OF AMERICA              ROLANDO MEDINA

                              ORDER

    This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on January 14, 2008.  The motion was set for hearing on May 23, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

    On April 8, 2005, this Court sentenced Mr. Medina to a term of imprisonment of 151 months.  The parties agree, and the Court finds, that Mr. Medina is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense

STIPULATION and ORDER REDUCING SENTENCE
                              -2-

1  level from 34 to 32.

2      IT IS HEREBY ORDERED that the term of imprisonment originally

3  imposed is reduced to an aggregate term of 121 months on all counts;

4      IT IS FURTHER ORDERED that all other terms and provisions of the

5  original judgment remain in effect.

6      Unless otherwise ordered, Mr. Medina shall report to the United

7  States Probation office closest to the release destination within

8  seventy-two hours after his release.

9  Dated:  May 13, 2008

10

11                                /s/ Edward J. Garcia
                                 HONORABLE EDWARD J. GARCIA
12                                United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION and ORDER REDUCING SENTENCE