AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) |
|---|---|
| v. | ) |
| ROLANDO MEDINA | ) Case No: 2:03CR0549-03 |
| | ) USM No: 14909-097 |
| Date of Previous Judgment: April 8, 2005 | ) David M. Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151__ months is **reduced to** __121__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __34__      Amended Offense Level: __32__
Criminal History Category: __I__      Criminal History Category: __I__
Previous Guideline Range: __151__ to __181__ months    Amended Guideline Range: __121__ to __151__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

FILED
MAY 20 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**III. ADDITIONAL COMMENTS**
This sentence consists of 121 months on each of Counts 1-3, all to be served concurrently, for a total term of 121 months.

Except as provided above, all provisions of the judgment dated __4/8/05__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __May 13, 2008__                              _____
                                                                              Judge's signature

Effective Date: _____                    EDWARD J. GARCIA, SR. U.S. DISTRICT JUDGE
(if different from order date)                                  Printed name and title